NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000997
13-MAR-2013
09:26 AM

NO. CAAP-12-0000997

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


RODNEY Y. SATO,
Plaintiff-Appellant,
v.
WAHIAWA-CENTRAL OAHU HEALTH CENTER, INC.,
a Hawaiʻi non-profit corporation; THE WAHIAWA HOSPITAL
ASSOCIATION, a Hawaiʻi non-profit corporation;
WAHIAWA GENERAL HOSPITAL, a Hawaiʻi non-profit corporation;
Defendants-Appellees
and
JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1087)

ORDER APPROVING STIPULATION OF
VOLUNTARY DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley, and Ginoza, JJ.)

Upon consideration of the Stipulation of Voluntary
Dismissal of Appeal and Order, filed by Plaintiff-Appellant
Rodney Y. Sato on March 5, 2013, the papers in support, and the
records and files herein, it appears that Appellant and
Defendants-Appellees The Wahiawa Hospital Association and Wahiawa
General Hospital have stipulated to dismissal of Appellant's
appeal, with each party to bear their own attorney's fees and
costs of the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal by Plaintiff-Appellant Rodney Y. Sato is dismissed, each party is to bear their own attorney's fees and costs of the appeal.

DATED:     Honolulu, Hawai‘i, March 13, 2013.


Chief Judge

Associate Judge

Associate Judge